## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL BICK, on behalf of himself and all others similarly situated,

     Plaintiff,

  v.

ALTON STEEL, INC., an Illinois corporation,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:24-cv-02660

Hon. J. Phil Gilbert

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal on conditions,

IT IS HEREBY ORDERED AND ADJUDGED that the parties are ordered to comply with the Settlement Agreement as attached and incorporated into this judgment; and

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**MONICA A. STUMP, Clerk of Court**

**Dated:  July 28, 2026**

_____
**Deputy Clerk**

**Approved:** _____
**J. PHIL GILBERT**
**DISTRICT JUDGE**